## The North American Accident Insurance Company v. James E. Whitesides.

This case is controlled by the decision in North American Accident Insurance Co. v. Whitesides, *ante,* p. 290.

Assumpsit. Appeal from the Circuit Court of Sangamon county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the November term, 1906. Affirmed. Opinion filed June 1, 1907.

JAMES Y. KELLY, for appellant.

S. H. CUMMINS, for appellee.

PER CURIAM. This is a suit by appellee against appellant upon the same accident policy involved in the suit between the same parties submitted to this court on appeal at the November term, 1906, in which an opinion has been this day filed, *ante,* p. 290, affirming the judgment against appellant for $134. The verdict and judgment against appellant in this case was for $88, and covered the disability of appellee for a different period.

The questions presented by the records in the two cases are identical, and for the reasons stated in the opinion referred to, the judgment in this case will be affirmed.

*Affirmed.*